UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KELVIN L. UNDERWOOD,**<br><br>Plaintiff,<br><br>v.<br><br>**CHARLES WARREN,** *et al.***,**<br><br>Defendants. | Case No. 22–cv–06387–ESK–AMD<br><br>**OPINION AND ORDER** |

Plaintiff Kelvin L. Underwood submitted a complaint pursuant to 42 U.S.C. § 1983 on April 10, 2023 (Complaint). (ECF No. 1.) On September 15, 2023, District Judge Noel L. Hillman appointed Ogletree, Deakins, Nash, Smoak & Steward, P.C. to represent plaintiff pursuant to 28 U.S.C. § 1915. (ECF No. 7.) Mark Diana, Esq. and Anthony Edward Russo, Esq. entered appearances on September 28, 2023. (ECF No. 8.)

On June 27, 2025, counsel filed a motion seeking to withdraw from representation (Motion). (ECF No. 50.) In essence, counsels assert that plaintiff has been uncooperative with their efforts to assist him in prosecuting his case by not responding to their emails or telephone calls. (*Id.*) According to counsel, the phone numbers associated with plaintiff have been disconnected. (ECF No. 50–1 ¶ 15.)

Plaintiffs have an obligation to keep the Clerk's Office informed as to their current contact information. L.Civ.R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Plaintiff has not kept his attorney or the Court informed of his current contact information. "Failure to file a notice of address

change may result in the imposition of sanctions by the Court." L.Civ.R. 10.1(a).

I will administratively terminate the Complaint due to plaintiff's failure to keep his attorney and the Clerk's Office informed of his current contact information. I will grant the Motion.[1]

**IT IS** on this   **30th** day of **June 2025**   **ORDERED** that:

1. The Clerk shall ADMINISTRATIVELY TERMINATE the Complaint under Local Civil Rule 10.1.

2. Plaintiff may reopen the Complaint by submitting his current contact information. The Clerk shall REOPEN the Complaint upon receipt of plaintiff's updated information.

3. The Motion at ECF No. 50 is granted.

4. The Clerk shall send a copy of this Opinion and Order to plaintiff by regular mail at his last known address.

                                           */s/ Edward S. Kiel*
                                           **EDWARD S. KIEL**
                                           **UNITED STATES DISTRICT JUDGE**

---

[1] I thank counsel for their willingness to accept the appointment.